**Electronically Filed
Supreme Court
SCWC-23-0000418
21-MAY-2026
07:46 AM
Dkt. 16 OGAC**

SCWC-23-0000418

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KIAʻI KAUAULA, AN UNINCORPORATED ASSOCIATION; and
KAIPO KEKONA, INDIVIDUAL,
Petitioners/Plaintiffs-Appellees,

vs.

WAINEE LAND & HOMES, LLC, A DOMESTIC LIMITED LIABILITY COMPANY;
HOPE BUILDERS LLC, A DOMESTIC LIMITED LIABILITY COMPANY; and
LAUNIUPOKO IRRIGATION CO., INC., A DOMESTIC PROFIT CORPORATION,
Respondents/Defendants-Appellees,

and

COUNTY OF MAUI;
COUNTY OF MAUI DEPARTMENT OF PUBLIC WORKS,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000418; CASE NO. 2CCV-21-0000286(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Costa, assigned by reason of vacancy)

Petitioners' Application for Writ of Certiorari, filed

on March 23, 2026, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, May 21, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Brian A. Costa

